**Order entered August 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00336-CR
No. 05-15-00337-CR

**CHARLES ANTHONY WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-49252-V, F11-49253-V**

## ORDER

Appellant was convicted of two offenses of violating the conditions of his civil commitment as a sexually violent predator. In the statement of facts, appellant identifies the complaining witness of one of the underlying sexual assaults by her full name. Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the complaining witness of the underlying sexual assault by initials only.

We **ORDER** Peri Wood, official court reporter of the 292nd Judicial District Court to file, within **TEN DAYS** of the date of this order, State's Exhibit no. 5, a CD.

We **DIRECT** the Clerk to send copies of this order to Peri Wood, official court reporter, 292nd Judicial District Court, and to counsel for all parties.


/s/      ADA BROWN
           JUSTICE